■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN L. MINICK, Appellant. [644 NYS2d 651] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (West, J.), rendered July 19, 1994.

Ordered that the judgment is affirmed (*see, People v Pellegrino,* 60 NY2d 636). Mangano, P. J., Thompson, Florio, McGinity and Luciano, JJ., concur.